Tam Le
127 Sapphire Dr
Irvine CA 92602
(714)548-7158
Plaintiff in pro se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TAM LE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GATESTONE CO INTERNATIONAL INC<br>AMIN ATSEBHA,<br><br>Defendant. | CASE NO.:<br>**SACV13-00997 AG(JPRx)**<br><br>COMPLAINT FOR VIOLATIONS OF<br>THE FAIR CREDIT REPORTING ACT<br>15 U.S.C 1681 et seq<br>DEMAND FOR TRIAL BY JURY |

## I. PRELIMINARY STATEMENT

This is an action for damages brought for violations of the Fair Credit Reporting Act (hereinafter referred to as "FCRA") 15 U.S.C. §1681 *et seq*.

## II. JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.
2. Plaintiff has performed all conditions precedent to the bringing of this action.
3. Venue in this District is proper pursuant to 28 U.S.C. § 1391(a) and 15 U.S.C. § 1681, and that Defendant does business in this District.

## III. PRIVATE RIGHT OF REMEDY

4.     15 U.S.C. § 1681n refers to the consumers' ability to bring civil liability action against any person for willful noncompliance with any provision of the FCRA.

## IV. PARTIES

5.     Plaintiff Tam Le is a natural person, resides in the City of Irvine, in the County of Orange, in the State of California.

6.     Plaintiff is a consumer as defined in 15 U.S.C. § 1681a(c).

7.     Plaintiff is informed, believes, and thereon alleges that Defendant GATESTONE CO INTERNATIONAL INC is a business entity that regularly conducts business in the State of California and this District, and which has its headquarters and a principal place of business located at 1000 N West ST Ste 1200 Wilmington DE 19801, which employs or/and retains the services of Amin Atsebha to pull consumer credit, and to attempt collections on alleged and or unverified debts of consumer.

## V. FACTUAL ALLEGATIONS

8.     On May 5th 2013, Defendant obtained Plaintiff's TransUnion consumer reports without permissible purpose Please see Exhibit (P1)

9.     At no time did Plaintiff ever have a relationship of any kind with Defendant as defined within the FCRA, 15 U.S.C. § 1681b(3)(A)-(F).

10.    Based on information and belief, Defendant had no lawful purpose for requesting, obtaining therefore, Defendant's request, acquisition, and use of Plaintiff's consumer report was in violation of the FCRA, 15 U.S.C 15 § 1681b(f).

11.    Defendant's failure to comply with the FCRA when it requested, obtained, and used Plaintiff's TransUnion consumer report on, was willful, as contemplated under 15 U.S.C. § 1681n under the FCRA.  Defendant's said conduct damaged Plaintiff.

12. On June 5th 2013 Plaintiff, exercised his rights under the FCRA and sent a validation letter to Defendant United States Post service certify mail # 7011 2970 0002 0858 7524 Please see exhibit (P2)

In the alternative, Defendant's failure to comply with the FCRA when it requested, negligent, as contemplated under 15 U.S.C. § 1681o of the FCRA. Defendant's said conduct damaged Plaintiff.

13. On or about June 15th Plaintiff sent another validation letter to Defendant United State Post Service certify mail number #70112970000208589900 see exhibit (P3)

On or about June 27th 2013 Plaintiff sent another validation letter to Defendant United States Post Service certify mail # 7012 2920 0001 1270 6985 please see exhibit(P4)

14. In the alternative, Defendant's failure to comply with the FCRA when it requested, negligent, as contemplated under 15 U.S.C. § 1681o of the FCRA. Defendant's said conduct damaged Plaintiff, discovery of Defendant's violation of the FCRA, 15 U.S.C § 1681b(f) occurred on June 2nd 2013, and is within the statute of limitations as defined by the FCRA, 15 U.S.C § 1681p.

## V. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### VIOLATION OF 15 U.S.C. §1681

#### Willful Non-Compliance By Defendant

15. Plaintiff re-alleges and incorporates by reference each and every allegation contained in each and every aforementioned paragraph as though fully set forth herein.

16. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

17. Defendant is a furnisher of information as defined by 15 U.S.C. §1681s-2 of the FCRA.

18. Defendant's willful violations of the FCRA include, but are not limited to, the following:

    (a)    Defendant willfully violated 15 U.S.C. §1681b(f) of the FCRA by repeatedly obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For statutory damages pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o (a).
2. For Plaintiff's costs in this action.
3. For reasonable attorney's fees incurred herein.
4. For such other and further relief as the Court may deem just and proper.

## VII. TRIAL BY JURY DEMANDED

Plaintiff demands a trial by jury on all issues.

DATED this __1__ day of July, 2013.

By: _____
Tam Le
Plaintiff in pro se

EXHIBIT (P1)

CreditCheck(R) Total                                                file:///C:/Users/Tam Le/Desktop/Tam vs Bill Collector/CreditCheck...

Case 8:13-cv-00997-DOC-JPR   Document 3   Filed 07/08/13   Page 6 of 15   Page ID #:24

| | | | |
|---|---|---|---|
| COLLECTION ACCOUNTS: | | | |
| Count | 1 | 0 | 0 |
| Balance | $127.00 | $0.00 | $0.00 |
| Current | 0 | 0 | 0 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| TOTAL ACCOUNTS: | | | |
| Count | 26 | 24 | 24 |
| Balance | $82,803.00 | $82,899.00 | $82,899.00 |
| Current | 15 | 14 | 16 |
| Delinquent | 0 | 1 | 0 |
| Other | 2 | 2 | 0 |
| ACCOUNTS SUMMARY: | | | |
| Open Accounts: | 4 | 4 | 4 |
| Closed Accounts: | 22 | 18 | 20 |
| Public Records: | 0 | 0 | 0 |
| Inquiries: | 22 | 20 | 19 |

## Public Records

The information in this section comes from federal district bankruptcy records, state and county court records, tax liens and monetary judgments, and in some states, overdue child support records. Public records remain on your credit report for 7-10 years.

There are **0** public record items on your report.

## Credit Inquiries

This section contains the names of those who obtained a copy of your credit report. Inquiries remain on your report up to two years.

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| GATESTONE & Collection services 5/8/2013 | | | ✓ |
| V & K Collection services 1/4/2013 | | | ✓ |
| ALLIANCEONE RECEIVABLE Other Collection Agencies 10/8/2012 | ✓ | | |
| NAVY FCU Other 8/24/2012 | | ✓ | |
| AMEX Bank Credit Cards 8/5/2012 | ✓ | | |
| NOWCOM/OC AUTO EXPO GR Automobile Dealers, Used 7/30/2012 | ✓ | | |
| JPM CHASE Banks and S&Ls 6/18/2012 | | | ✓ |
| JPM CHASE Banks and S&Ls 6/18/2012 | | | ✓ |

EXHIBIT (P2)

English    Customer Service    USPS Mobile                                      Register / Sign In



Search USPS.com or Track Packages

Quick Tools            Ship a Package         Send Mail         Manage Your Mail      Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70112970000208587531 | | Delivered | June 7, 2013, 1:54 pm | WILMINGTON, DE 19801 | Certified Mail™ |
| | | Arrival at Unit | June 7, 2013, 9:28 am | WILMINGTON, DE 19801 | |
| | | Processed through USPS Sort Facility | June 7, 2013, 12:34 am | WILMINGTON, DE 19850 | |
| | | Depart USPS Sort Facility | June 6, 2013 | WILMINGTON, DE 19850 | |
| | | Processed through USPS Sort Facility | June 6, 2013, 11:59 am | WILMINGTON, DE 19850 | |
| | | Depart USPS Sort Facility | June 5, 2013 | SANTA ANA, CA 92799 | |
| | | Processed through USPS Sort Facility | June 4, 2013, 10:49 pm | SANTA ANA, CA 92799 | |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL                        ON USPS.COM                              ON ABOUT.USPS.COM            OTHER USPS SITES
Privacy Policy ›             Government Services ›                    About USPS Home ›            Business Customer Gateway ›
Terms of Use ›               Buy Stamps & Shop ›                      Newsroom ›                   Postal Inspectors ›
FOIA ›                       Print a Label with Postage ›             Mail Service Updates ›       Inspector General ›
No FEAR Act EEO Data ›       Customer Service ›                       Forms & Publications ›       Postal Explorer ›
                             Delivering Solutions to the Last Mile ›  Careers ›
                             Site Index ›

Copyright© 2013 USPS. All Rights Reserved.

# EXHIBIT (P3)

English | Customer Service | USPS Mobile | Register / Sign In



Search USPS.com or Track Packages

Quick Tools
- Track & Confirm
- Enter up to 10 Tracking #: Find
- Find USPS Locations
- Buy Stamps
- Schedule a Pickup
- Calculate a Price
- Find a ZIP Code™
- Hold Mail
- Change of Address

Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70112970000208589900 | | Delivered | June 17, 2013, 2:12 pm | WILMINGTON, DE 19801 | Certified Mail™ |
| | | Arrival at Unit | June 17, 2013, 8:02 am | WILMINGTON, DE 19801 | |
| | | Depart USPS Sort Facility | June 17, 2013 | WILMINGTON, DE 19850 | |
| | | Processed through USPS Sort Facility | June 16, 2013, 10:01 pm | WILMINGTON, DE 19850 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
- Privacy Policy ›
- Terms of Use ›
- FOIA ›
- No FEAR Act EEO Data ›

**ON USPS.COM**
- Government Services ›
- Buy Stamps & Shop ›
- Print a Label with Postage ›
- Customer Service ›
- Delivering Solutions to the Last Mile ›
- Site Index ›

**ON ABOUT.USPS.COM**
- About USPS Home ›
- Newsroom ›
- Mail Service Updates ›
- Forms & Publications ›
- Careers ›

**OTHER USPS SITES**
- Business Customer Gateway ›
- Postal Inspectors ›
- Inspector General ›
- Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

EXHIBIT (P4)

English | Customer Service | USPS Mobile | Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

**Quick Tools**
- Track & Confirm
- Enter up to 10 Tracking #: Find
- Find USPS Locations
- Buy Stamps
- Schedule a Pickup
- Calculate a Price
- Find a ZIP Code™
- Hold Mail
- Change of Address

Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70122920000112706985 | | Arrival at Unit | July 1, 2013, 9:18 am | WILMINGTON, DE 19801 | Certified Mail™ |
| | | Processed through USPS Sort Facility | June 29, 2013, 11:58 pm | WILMINGTON, DE 19850 | |
| | | Depart USPS Sort Facility | June 29, 2013 | WILMINGTON, DE 19850 | |

### Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
- Privacy Policy ›
- Terms of Use ›
- FOIA ›
- No FEAR Act EEO Data ›

**ON USPS.COM**
- Government Services ›
- Buy Stamps & Shop ›
- Print a Label with Postage ›
- Customer Service ›
- Delivering Solutions to the Last Mile ›
- Site Index ›

**ON ABOUT.USPS.COM**
- About USPS Home ›
- Newsroom ›
- Mail Service Updates ›
- Forms & Publications ›
- Careers ›

**OTHER USPS SITES**
- Business Customer Gateway ›
- Postal Inspectors ›
- Inspector General ›
- Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

Tam Le
127 Sapphire dr
Irvine CA 92602
(714)548-7158

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Gatestone & Co International Inc
Amin Atsebha.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ 1,500

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C 1681 et seq  FAIR CREDIT REPORTING ACT

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **SACV13-00997 AG(JPRx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)      CIVIL COVER SHEET      Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ NO ☒ YES

If yes, list case number(s): SACV13-00838 UA

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] **DATE:** 7/1/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

CV-71 (02/13)     CIVIL COVER SHEET     Page 2 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge __Andrew J Guilford__ and the assigned discovery Magistrate Judge is __Jean P Rosenbluth__.

The case number on all documents filed with the Court should read as follows:

**SACV13-997 AG(JPRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☑ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (01/09)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY