Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:     619/758-1891
Fax:    619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM LE,<br><br>          Plaintiff,<br><br>     vs.<br><br>GATESTONE AND CO. INTERNATIONAL, INC. and AMIN ATSEBHA,<br><br>          Defendants. | Case No: 8:13-cv-00997-DOC-JPR<br><br>DEFENDANT GATESTONE & CO. INTERNATIONAL, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 8 AND 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER<br><br>Date:  September 16, 2013<br>Time:  8:30 a.m.<br>Courtroom:  9D<br>Judge: David O. Carter |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 16, 2013 at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 9D of the United States District Court, Central District of California located at 411 West Fourth Street, Santa Ana, California, Defendant GATESTONE & CO. INTERNATIONAL, INC. ("Gatestone")

will and hereby does move the Court for an order dismissing with prejudice all causes of action in the Complaint filed by Plaintiff, Tam Le ("Plaintiff").

Dismissal of all claims with prejudice as to Gatestone is appropriate under Fed. R. Civ. P. 8 and 12(b)(6) because even taking the allegations in the Complaint as true, Plaintiff fails to state a claim for which relief can be granted.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the complete records and file herein, and upon such evidence and arguments that may be presented before the time of the Court's ruling on the Motion. This motion is made following the conference between counsel for Defendants and Plaintiff pursuant to Local Rule 7-3 which took place on July 30 and July 31, 2013.

WHEREFORE, Defendant Gatestone & Co. International, Inc. respectfully requests the Court grant its Motion to Dismiss and dismiss Plaintiff's claims with prejudice.

Dated: August 8, 2013					SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

						/s/Debbie P. Kirkpatrick_____
						Debbie P. Kirkpatrick
						Attorney for Defendants