Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM LE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GATESTONE AND CO. INTERNATIONAL, INC. and AMIN ATSEBHA,<br><br>　　　　　Defendants. | Case No: 8:13-cv-00997-DOC-JPR<br><br>PROPOSED ORDER GRANTING DEFENDANT GATESTONE & CO. INTERNATIONAL, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 8 AND 12(b)(6)<br><br>Date: September 16, 2013<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: David O. Carter |

The Motion of Defendant GATESTONE & CO. INTERNATIONAL, INC. ("Gatestone") for an order dismissing with prejudice all causes of action in the Complaint filed by Plaintiff, Tam Le, came on regularly for hearing on September 16, 2013.

///

///

1  Having considered the papers presented in support of and in opposition to the
2  motion, and good cause appearing, the motion is hereby GRANTED. The Complaint is
3  hereby dismissed with prejudice as to Defendant Gatestone & Co. International, Inc.
4  Dated:

_____
Hon. David O. Carter
United States District Judge