Tam Le
127 sapphire dr
Irvine CA 92602
(714) 548-7158
Plaintiff in pro se



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| TAM LE, <br><br> Plaintiff, <br> v. <br><br> GATESTONE INTERNATIONAL INC <br> AMIN ATSEBHA <br><br> Defendants. | CASE NUMBER: SACV1300997 DOC(JPRx) <br><br> OPPOSITION TO DEFENDANT'S MOTION TO DISMISS/AMENDED COMPLAINT RULE 15A <br><br> FAIR DEBT COLLECTION PRACTICES ACT <br> ROSENTHAL ACT 1788.3 |

    Plaintiff hereby submits the opposition to defendant's motion to dismiss the complaint with prejudice and amend his complaint under rule 15(b). Plaintiff's complaint not only meets, but exceeds the standards governing the form of a complaint contemplated with the Federal rule of Civil Procedure 8(a), states that a complaint should contain short and plain statement of the claim showing that the pleader relief is entitled to relief, "Fed.R. Civ. 8(a)(2) and that (e)ach allegation must be simple, concise, and direct "Fed. R. Civ. P. 8(a)(2)the Complaint sufficiently clearly

alleges consumer's harms, damages and strict civil liability caused by the defendant GATESTONE INTERNATIONAL INC AND ADMIN ATSEBHA.

1. PLAINTIFF CLAIMS IS SUFFICIENTLY STATED. Thus the Federal Rules embody" notice pleading" and require only a concise statement of the claim rather than evidentiary facts. Accordingly, Defendant's Motion would be considered properly filed only "where a plaintiff's complaint is unintelligab[le](sic), not where a complaint suffers for "lack of detail. Here Plaintiff's complaint is neither unintelligible nor confusing and does not violate Federal Rule of Civil Procedure 8(a)'s requirement of "a short plain statement of the claim showing that the pleader is entitled to relief. The Complaint clearly has a more than sufficient statement of the claim and more than meets the requirement that it be "short and plain" For example, the Complaint specifically identifies the actions of Defendants and how those actions are wrongful, it describes in more than necessary details, with supported by exhibits attached of how Defendant's violated the FCRA, FDCPA, RFDCPA CCC.

2. In defendant's motion to dismiss, Failure to State a Cause of Action, defendant admits to be a debt collector; therefore Defendant is bound to comply with both state and federal laws which governs debt collectors under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act, and the Rosenthal Fair Debt Collection Practices Act California Civil Code 1788.3 et seq.

3. Defendant admits to be a debt collector in his motion to dismiss and claims that it has a permissible purpose to pull and to collect on a consumer debt and credit report, yet defendant has failed, and continuously refused to provide any proof, genuine contract,

agreement, valid assignment and or any material facts, evidence that defendant is collecting on any alleged debt, and continue to report on Plaintiff's credit report which is a clear violation of the FCRA 15 U.S.C 1681 et seq, the F.D.C.P.A 15 U.S.C 1692 et seq, and the R.F.D.C.P.A California Civil Code 1788.3 et seq.

4. Because Plaintiff never had any business, transaction, or any kind of relationship with Defendants, Plaintiff resorted to the <u>Fair Credit Reporting Act</u>, and hereby amends his complaint under rule 15(b) with the <u>Fair Debt Collection Practices Act, and the Rosenthal Fair Debt Collection Practices Act California Civil Code 1788.3</u> et seq to verify the alleged debt which Defendant is reporting. Plaintiff sent out 3 requests for verification of debt to Defendant via USPS certified numbers: 70112970000208587524, 70112970000208589900, 70122920000112706985. USPS tracking showed that Defendants received them all.

### <u>VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C 1692k( 813) CIVIL LIABILITY ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT CALIFORNIA CIVIL CODE 1788 ET SEQ.</u>

5. Plaintiff incorporate and re allege paragraph 1-4

6. Defendant has kept silent and failed to answer 3 debt verification requests from Plaintiff. Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading. U.S. v. Tweel, 550 F.2d 297 (1977).

***Wherefore***, in short, Plaintiff fully complies with the pleading requirements of Federal Rule of Civil Procedure 8(a) and provides Defendant fair notices of the violations against them. Discovery, interrogatories, admissions will be added further in details later, in fact

much additional supporting factual material was provided by plaintiff, and accordingly, for the reasons set forth herein, plaintiff respectfully requests that the Court deny Defendant's motion to dismiss, and prays for amended judgment as follow:

a) For statutory damages pursuant to $1,000 15 U.S.C 1692k 813 (2) (A) Civil liability.

b) For statutory damages pursuant to $1,000 15 U.S.C 1681n 616 (1) (A) Civil liability.

c) For statutory damages of $1000 California Civil Code 1788.3(b)

d) For reasonable attorney's fees incurred herein

e) For such other and further relief as the Court may deem just and proper.

Dated: August 23rd, 2013

Respectfully Submitted,

Tam Le
127 Sapphire Dr
Irvine CA 92602
(714) 548-7158 ttle83ss@yahoo.com
Plaintiff in pro se

# PROOF OF SERVICE

STATE OF CA
IN THE CENTRAL DISTRICT COURT

RE:   Case No: 8-13-CV-00997-DOC-JPR
      TAM LE, Plaintiff,  v.  GATESTONE INCE, Defendant.

I, Christopher A Fleming-Al, am over the age of 18 years and am not a party to the within action. I am a resident of or employed in the county of _Orange___ where the mailing took place. My residence or business address is:
2677 N. Main Street ste 520
Santa Ana CA 92705

At approximately 11 am on August 23, 2013[d], I mailed from Orange County California the following documents:

+ Copy of This Proof of service [8/23/13]   8/23/2013

1. PLAINTIFF'S OPPOSITION TO DISMISS/AMENDED COMPLAINT   4 Pages

I served the documents via mail by enclosing all the above described pages into an envelope and depositing the sealed envelope with the United States Postal Service. ADDRESSED:

Attn: DEBBIE P. KIRKPATRICK
SESSIONS, FISHMAN, NATHAN & ISREAL, LLP
1545 HOTEL CIRCLE SOUTH, STE. 150
SAN DIEGO, CA  92108

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2013

Christopher A. Fleming-Al
(TYPE OR PRINT NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)