FILED

Tam Le
127 Sapphire Dr
Irvine CA 92602
(714) 548-7158
Plaintiff in pro se

2013 SEP 27  PM 12: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERNDIVISION

| | |
|---|---|
| TAM LE, an individual, <br><br><br> Plaintiff, <br><br> v. <br><br> GATESTONE CO INTERNATIONAL INC <br><br> AMIN ATSEBHA, <br><br> Defendant. | <br><br><br><br><br><br> CASE NO.: SACV1300997 DOC (JPRx) |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO AMEND COMPLAINT TO DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Plaintiff in the above captioned cause of action who request this Honorable Court to grant a 15 day enlargement of time from September 27th, 2013 to amend his complaint per court order please see exhibit attached (P1)

I request that the court grant an additional (15) days to amend my complaint from September 27th, 2013 which will be on October 12th, 2013

1

COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

**EXHIBIT 1**

Case 8:13-cv-00997-DOC-JPR   Document 15   Filed 09/05/13   Page 5 of 5   Page ID #:70

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 13-0997-DOC (JPRx)

Date: September 5, 2013
Page 5

demonstrating Gatestone was unauthorized to request Plaintiff's credit report, or that Gatestone requested Plaintiff's credit report arbitrarily. Plaintiff's § 1681n claim fails for not showing willful noncompliance and, therefore, it is DISMISSED WITHOUT PREJUDICE as to Gatestone.

**IV.     Disposition**

For the foregoing reasons, the Court GRANTS Defendant's Motion and DISMISSES WITHOUT PREJUDICE Plaintiff's Section 1681b(f) and 1681n claims against Gatestone Co International Inc.

If Plaintiff wishes to amend his Complaint to include FCRA claims, he must allege facts plausibly showing that Gatestone did not have an interest in his debt, by alleging, for example, that Gatestone is not a debt collector or that he does not owe any debt that Gatestone was seeking to collect. *See Pyle*, 2012 WL 1413970, at *3. If Plaintiff is unable to fix these defects in an amended complaint, the Court will be inclined to dismiss the claims with prejudice.

Plaintiff may file an Amended Complaint, if at all, on or before Friday September 27, 2013.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: jcb

1    I need this time so that I can do my due diligence and read the federal rules of procedures

2    on how to properly oppose and to amend my complaint to cure all the defects stated in the minute

3    chamber orders, as I not schooled in law.

4

5    WHEREFORE, The Plaintiff asks this Honorable Court to issue an Order granting his

6    motion for enlargement of time of 15 days to amend his complaint.

7

8

9

10    DATED this 27th day of September ,

11    2013.

12

13

14    By:

15    Tam Le
      Plaintiff in pro se

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

# PROOF OF SERVICE

## UNITED STATES DISTRIT COURT for the CENTRAL DISTRICT

RE:    Case No: SACV 1300997UA
           TAM LE V GATESTONE

I, Kim Le am over the age of 18 years and am not a party to the within action. I am a resident of or employed in the county of Orange where the mailing took place. My residence or business address is:
        **428 main street ste 421**
        **Irvine CA 92602**

At approximately 10:00 am on Friday, sSeptember 27, 2013, I mailed from Irvine, CA the following documents:

   **1. Motion for enlargement of time**

I served the documents via mail by enclosing all the above described pages into an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid with the Certified Mail # 7011 3500 0003 6065 0267. The envelope was addressed and mailed as follows:

        **Debbie P Kirkpatrick**
     **Sessions Fishman Nathan and Israel LLP**
      **1545 Hotel Circle South suite 150**
        **San Diego, CA 92108**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 27th 2013

Kim Lee
(TYPE OR PRINT NAME OF DECLARANT)                (SIGNATURE OF DECLARANT)