# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SACV 13-0997 DOC (JPRx)                                           Date: October 2, 2013

Title: TAM LE V. GATESTONE CO. INTERNATIONAL, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera/ Denise Vo | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING EXTENSION

    Before the Court is Plaintiff's Motion for Enlargement of Time to file Amended Complaint ("Motion") (Dkt. 16).  The Court hereby GRANTS Plaintiff's Motion.

    The Amended Complaint is due no later than **October 16, 2013**.

    The Clerk shall serve this minute order on all parties to the action.