Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendants

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM LE,<br><br>              Plaintiff,<br><br>     vs.<br><br>GATESTONE AND CO. INTERNATIONAL, INC. and AMIN ATSEBHA,<br><br>              Defendants. | Case No: 8:13-cv-00997-DOC-JPR<br><br>ORDER GRANTING DEFENDANT GATESTONE & CO. INTERNATIONAL, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 8 AND 12(b)(6)   [25]<br><br>Date: September 16, 2013<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: David O. Carter |

The Motion of Defendant GATESTONE & CO. INTERNATIONAL, INC. ("Gatestone") for an order dismissing with prejudice all causes of action in the Complaint filed by Plaintiff, Tam Le, came on regularly for hearing on September 16, 2013.

///

///

Having considered the papers presented in support of and in opposition to the motion, and good cause appearing, the motion is hereby GRANTED. The Complaint is hereby dismissed with prejudice as to Defendant Gatestone & Co. International, Inc.

Dated: October 8, 2013

*David O. Carter*

_____
Hon. David O. Carter
United States District Judge