UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

**CIVIL MINUTES - GENERAL**

Case No. SACV 13-0997 DOC(JPRx)                                         Date: November 15, 2013

Title: TAM LE V. GATESTONE CO. INTERNATIONAL, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER EXTENDING DEADLINE

     On September 30, 2013, the Court issued an Order (Dkt. 17) granting Plaintiff's Motion for Enlargement of Time to file Amended Complaint ("Motion") (Dkt. 16). On October 8, 2013, the Court inadvertently signed and filed the proposed Order (Dkt. 18) that had been attached to Defendant's Motion to Dismiss (Dkt. 8). This was error – the Motion to Dismiss had already been granted, dismissing the complaint without prejudice, on September 5, 2013 (Dkt. 15). The Court cannot re-grant a motion it has already granted. Thus, the Order entered on October 8, 2013 (Dkt. 18) is stricken from the record.

     Because the Order was entered before the deadline for Plaintiff's amended complaint, the Court grants plaintiff additional time to file said amended complaint. The Amended Complaint is due no later than **December 13, 2013**.

     Accordingly, the scheduling conference set for November 18, 2013, is vacated. The Court will set a new scheduling conference.

     The Clerk shall serve this minute order on all parties to the action

MINUTES FORM 11 DOC                                                Initials of Deputy Clerk: jcb
CIVIL - GEN                                                                          Page 1 of 1